# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152356(76)(78)(79)

TEREES WILLIAMS,
      Plaintiff-Appellant,

v

                                  SC: 152356
                                  COA: 321677

FANNIE MAE, a/k/a FEDERAL NATIONAL
MORTGAGE ASSOCIATION,
                 Defendant-Appellee.

                                    Muskegon CC: 13-049184-CH

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The motion for reconsideration of this Court's October 23, 2015 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously. The motion for stay is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2015



Clerk

d1124